# Tirelli & Wallshein, LLP

Westchester Financial Center
50 MAIN STREET, SUITE 405
WHITE PLAINS, NEW YORK 10606
PHONE (914)732-3222

35 Pinelawn Road
SUITE 106E
MELVILLE, NY 11747
(631)824-6555

Linda M. Tirelli*
Charles H. Wallshein**

*Admitted CT, USDCCT, SDNY, EDNY and SCOTUS
**Admitted NY, USDC EDNY

July 5, 2018

Hon. Judge Alan S. Trust
United States Bankruptcy Court – EDNY
290 Federal Plaza
Central Islip, NY 11722

**Re.: Andrew Panaro, Jr.
Case No.: 17-72929- ASL**

Dear Hon. Judge Trust:

     Please be advised that this firm continues to represent the above-named Debtor, Andrew Panaro, Jr. in all matters pertaining to his pending chapter 13 case.

     By way of status report please be advised that as per the April 30, 2018 letter to this court by the undersigned, (Dkt. No.35) a mistake was discovered in the loan modification documents which was discussed with opposing counsel, Andrew Goldberg of the Rosicki & Rosicki law firm, on March 20, 2018. After back and forth discussion, opposing counsel suggested that his client, the new servicer, Selene, accept a new loan modification packet from the Debtor.

     On June 11, 2018, this office received the new packet from opposing counsel. On July 5, 2018 this office submitted a completed full loan modification packet to Mr. Goldberg. At this time, this office is requesting an adjournment of 45 days to allow for the servicer to consider the packet and let the parties continue to work in an amicable fashion.

Thank you for your time and attention to this case. I remain

Very truly yours,
/s/ Linda M. Tirelli
Linda M. Tirelli, Esq.
Debtor's Counsel

Cc:

Marianne DeRosa, Esq.
Andrew Goldberg, Esq.